AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
October 30, 2025
Nathan Ochsner, Clerk of Court

United States of America
v.
Gonzalo GONGORA Garza

Defendant(s)

Case No. 4:25-mj-649

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 10, 2023 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557. |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Stacey M. Owens, HSI Special Agent
*Printed name and title*

Sworn to me telephonically.

Date: 10/30/2025

[signature: Dena Palermo]
*Judge's signature*

City and state: Houston, TX

Dena Hanovice Palermo, United States Magistrate Judge
*Printed name and title*

**4:25-mj-649**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Stacey Owens, being duly sworn by telephone, hereby depose and say:

I am a Special Agent with the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed with ICE since October 2008 and have worked as a Special Agent since December 2011. Prior to my employment with HSI, I was an Immigration Enforcement Agent and a Customs and Border Protection Officer. During this time, I have been involved in investigations and apprehension of persons involved in human smuggling, the trafficking of narcotics, the proceeds from narcotics and human smuggling, bulk cash smuggling, and other financial crimes. I have also investigated violations of firearms laws, including 18 U.S.C. § 922.

1. On September 10, 2023, ICE was made aware of the unlawful presence of Gonzalo GONGORA Garza, in the United States. On October 02, 2025, the unlawful presence of Gonzalo GONGORA Garza was verified as a result of information provided by the Harris County Community Supervision and Corrections Department, in Harris County, Texas. On October 26, 2025, Gonzalo GONGORA Garza was identified as being amenable to prosecution for violations of 8 U.S.C. § 1326(a) and (b).

2. Gonzalo GONGORA Garza's biographical information has been compared to immigration records by a HSI Special Agent and is a match to prior ICE encounters. Gonzalo GONGORA Garza is the same individual as the person referred to in this Affidavit as having been previously deported.

3. Based upon the information from HSI's records as described below, and my training and experience, I submit that there is probable cause to believe that Gonzalo GONGORA Garza is in violation of 8 U.S.C. § 1326(a) and (b).

4. Gonzalo GONGORA Garza is a citizen and national of Mexico and not a native, citizen or national of the United States.

5. Gonzalo GONGORA Garza has previously been deported or removed from the United States on the following occasion(s):

   a. November 19, 2012
   b. August 31, 2011

6. After deportation, Gonzalo GONGORA Garza was subsequently found in the United States on September 10, 2023, in Harris County, Texas, which is within the Houston Division of

the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after Gonzalo GONGORA Garza's last deportation, Gonzalo GONGORA Garza had been encountered by law enforcement prior to the date specified earlier in this paragraph. On October 29, 2025, the LESC advised me that it had no record of such an encounter.

7. Gonzalo GONGORA Garza did not have permission to re-enter the United States. On October 29, 2025, I reviewed the contents of the Alien File associated with Gonzalo GONGORA Garza and/or available database information. I found no indication that Gonzalo GONGORA Garza has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

8. Prior Criminal History: Gonzalo GONGORA Garza has the following prior criminal history:

   a. On September 9, 2023, Gonzalo GONGORA Garza was arrested for the crime of DWI THIRD which resulted in a conviction on November 21, 2024, in the 179th District Court in Harris County, Texas, and sentenced to 10 years confinement in the Texas Department of Criminal Justice probated for 6 years community supervision. (Case: 183514901010)

   b. On October 26, 2011, a Capias was issued for the arrest of Gonzalo GONGORA Garza for the crime of REVOKING COMMUNITY SUPERVISION / DWI 3RD OFFENDER, which resulted in a conviction on May 10, 2012, in the 179th District Court in Harris County, Texas, and sentenced to 2 years confinement in the Texas Department of Criminal Justice. (Case: 129627801010)

   c. On February 20, 2011, Gonzalo GONGORA Garza was arrested for the crime of DWI 3RD OFFENDER BAC .08, which resulted in a conviction on March 29, 2011, in the 179th District Court in Harris County, Texas, and sentenced to 10 years confinement in the Texas Department of Criminal Justice probated for 4 years community supervision. (Case: 1296278)

   d. On January 4, 2005, Gonzalo GONGORA Garza was arrested for the crime of DWI 2nd which resulted in a conviction on April 13, 2005, in the County Criminal Court at Law #13 in Harris County, Texas, and sentenced to one year confinement in the Harris County Jail probated for 18 months. (Case: 1278065)

e. On November 2, 2001, Gonzalo GONGORA Garza was arrested for the crime of DWI which resulted in a conviction on December 13, 2001, in the County Criminal Court at Law #15 in Harris County, Texas, and sentenced to 12 days confinement in the Harris County Jail. (Case: 1085900)

f. On October 12, 2001, Gonzalo GONGORA Garza was arrested for the crime of ASSAULT-FAMILY MEMBER which resulted in a conviction on December 13, 2001, in the County Criminal Court at Law #15 in Harris County, Texas, and sentenced to 12 days confinement in the Harris County Jail. (Case: 1082438)

On October 30, 2025, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Ekua Assabill accepted this case for prosecution for violations of 8 U.S.C. § 1326(a) and (b).

Stacey M. Owens, Special Agent
United States Department of Homeland Security
Homeland Security Investigations

Signed and sworn telephonically before me this 30th day of October, 2025, and I find probable cause.

Dena Palermo

Honorable Dena Hanovice Palermo
United States Magistrate Judge
Southern District of Texas